

# Fourth Court of Appeals
## San Antonio, Texas

June 22, 2015

No. 04-15-00223-CR

Carlos **FAZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR10674
The Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

The reporter's record was originally due to be filed in this appeal on June 8, 2015. Our records indicate that three court reporters are responsible for filing a portion of the reporter's record, and Ms. Roxanne F. Pena filed her portion of the reporter's record on May 21, 2015. On June 16, 2015, this court notified that other two court reporters responsible for preparing a portion of the reporter's record, Ms. Lisa J. Ramos and Ms. Amy Guillen, that their portions of the record were late.

On June 17, 2015, Ms. Guillen filed a notification of late record stating her portion of the reporter's record has not been filed because appellant has failed to pay or make arrangements to pay the reporter's fee for preparing the record and that appellant is not entitled to appeal without paying the fee. Our records indicate that appellant is represented by retained counsel.

It is therefore ORDERED that appellant provide written proof to this court within ten (10) days of the date of this order that the reporter's fee has been paid or arrangements have been made to pay the reporter's fee for the portions of the reporter's record that remain unfiled. If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date of this order, and the court will consider those issues or points raised in appellant's brief that only require the portion of the reporter's record previously filed for a decision. *See* TEX. R. APP. P. 37.3(c).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of June, 2015.

_____

Keith E. Hottle
Clerk of Court

